Prepared by State Reporter from Appeal Papers

as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover for goods alleged to have been sold and delivered to defendant by plaintiff's assignor, an English firm, payment for which was to be made in English currency. The jury found a verdict for plaintiff for an equivalent in American currency, based upon the prevailing rate of exchange at the time of the trial. The Appellate Division held that the rate of exchange at the time of the breach of contract was the measure to be applied in translating the amount due in pounds to dollars.

*Eli S. Wolbarst* for plaintiff, appellant and respondent.

*Henry A. Blumenthal* and *Benjamin H. Whitestone* for defendant, respondent and appellant.

*John A. Garver* and *Carl A. Mead* for National City Bank of New York, *amicus curiæ*.

*Morris Hilquit* for Boris N. Sokoloff, *amicus curiæ*.

*Boris M. Komar* for Dollar Claims Co., Inc., *amicus curiæ*.

Judgment affirmed, without costs; no opinion.

Concur: POUND, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: CARDOZO, Ch. J., CRANE and KELLOGG, JJ.

---

CHARLES J. ROGERS, Respondent, *v.* ALEXANDER W. THOMSON et al., Copartners under the Firm Name of THOMSON & MCKINNON, Appellants.

*Conversion — stockbrokers — action to recover value of stocks purchased and carried on margin by broker upon tender by customer of balance due.*

Rogers v. Thomson, 222 App. Div. 805, affirmed.

(Argued June 12, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 1, 1928, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was in con-

version to recover the value of certain stock purchased and carried on margin by defendants, stockbrokers, for plaintiff, their customer. It appeared that thereafter defendants sold the branch of their business at the city where plaintiff resided and with his consent transferred his account to the purchaser. They undertook, however, to retain plaintiff's shares as security for the general indebtedness of the new brokers and refused to deliver them to him upon tender by him of the balance due on his account.

*Outerbridge Horsey* for appellants.
*Edwin N. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING FREEDMAN, Appellant.

*Crimes — larceny in first degree — judgment of conviction affirmed.*

People v. *Freedman*, 223 App. Div. 810, affirmed.

(Argued June 12, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1928, which affirmed a judgment of the Monroe County Court rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Robert Averill* and *Charles A. Oberwager* for appellant.
*William F. Love,* District Attorney (*Charles J. Mondo* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.